## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| In re: | Case No. 13-31402 |
|---|---|
| Tyrone P Martin Jr | |
| Gladys M Martin | |
| Debtor(s) | |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 08/06/2013.

2) The plan was confirmed on 11/05/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 03/07/2016.

6) Number of months from filing to last payment: 29.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $41,920.00 |
| Less amount refunded to debtor | $12.74 |

**NET RECEIPTS:** $41,907.26

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,570.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,811.90 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,381.90

Attorney fees paid and disclosed by debtor:   $1,430.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACL INC | Unsecured | 284.50 | NA | NA | 0.00 | 0.00 |
| Advocate South-Suburban Hospital | Unsecured | 53.48 | NA | NA | 0.00 | 0.00 |
| Advocate South-Suburban Hospital | Unsecured | 107.69 | NA | NA | 0.00 | 0.00 |
| Advocate South-Suburban Hospital | Unsecured | 313.90 | NA | NA | 0.00 | 0.00 |
| Advocate South-Suburban Hospital | Unsecured | 365.00 | NA | NA | 0.00 | 0.00 |
| BHARTI N AMIN MD | Unsecured | 455.00 | NA | NA | 0.00 | 0.00 |
| BIOREFERENCE LABORATORIES INC | Unsecured | 245.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 436.29 | 290.86 | 290.86 | 53.93 | 0.00 |
| City of Chicago Heights | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| Comcast Cable | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| Comcast Cable | Unsecured | 80.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 726.02 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 286.28 | 110.14 | 110.14 | 20.42 | 0.00 |
| Diversified Consulta | Unsecured | 792.00 | NA | NA | 0.00 | 0.00 |
| Eldridge & Eldridge Dental Group | Unsecured | 284.35 | NA | NA | 0.00 | 0.00 |
| GE CAPITAL CORP | Unsecured | 1,717.63 | NA | NA | 0.00 | 0.00 |
| HARLEY DAVIDSON CREDIT CORP | Unsecured | NA | NA | 6,019.05 | 1,116.12 | 0.00 |
| HARLEY DAVIDSON CREDIT CORP | Secured | 6,249.00 | 6,019.05 | 0.00 | 0.00 | 0.00 |
| HSBC BANK USA NA | Unsecured | 18,734.00 | NA | NA | 0.00 | 0.00 |
| HSBC BANK USA NA | Secured | 30,000.00 | 47,004.87 | 0.00 | 0.00 | 0.00 |
| HSBC BANK USA NA | Secured | NA | 8,828.30 | 797.73 | 797.73 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 306.00 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 601.30 | NA | NA | 0.00 | 0.00 |
| INGALLS MEMORIAL HOSPITAL | Unsecured | 36.32 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 1,003.16 | 961.54 | 961.54 | 178.30 | 0.00 |
| Midwest Anesthesiologists | Unsecured | 27.50 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | NA | 163.35 | 163.35 | 18.15 | 0.00 |
| OAKLAWN RADIOLOGY IMAGING | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 29,442.27 | 29,306.23 | 29,306.23 | 5,434.27 | 0.00 |
| SPRINT NEXTEL | Unsecured | NA | 1,151.03 | 1,151.03 | 213.44 | 0.00 |
| Sullivan Urgent Aid Center | Unsecured | 56.02 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| US BANK TRUST NA | Secured | 179,294.00 | 265,842.34 | 361,467.72 | 0.00 | 0.00 |
| US BANK TRUST NA | Unsecured | 101,312.04 | NA | NA | 0.00 | 0.00 |
| US BANK TRUST NA | Secured | NA | 95,625.38 | 29,368.07 | 29,368.07 | 0.00 |
| VERIZON WIRELESS | Unsecured | 72.01 | NA | NA | 0.00 | 0.00 |
| VERIZON WIRELESS | Unsecured | 796.75 | NA | NA | 0.00 | 0.00 |
| Vision Financial Services | Unsecured | 301.39 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO FINANCIAL NAT BAN | Unsecured | 1,727.27 | 0.00 | 1,752.27 | 324.93 | 0.00 |
| WELLS FARGO FINANCIAL NAT BAN | Secured | NA | 1,752.27 | 0.00 | 0.00 | 0.00 |
| Womens Wellness World | Unsecured | 16.80 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $361,467.72 | $0.00 | $0.00 |
| Mortgage Arrearage | $30,165.80 | $30,165.80 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$391,633.52** | **$30,165.80** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$39,754.47** | **$7,359.56** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,381.90 |
| Disbursements to Creditors | $37,525.36 |
| **TOTAL DISBURSEMENTS:** | **$41,907.26** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 03/22/2016                             By: /s/ Tom Vaughn
                                                                Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**